IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McDowell, John S | Case Number: 07 B 07483 |
|---|---|---|
| | McDowell, Debra M | Judge: Squires, John H |
| | Printed: 2/26/08 | Filed: 4/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,580.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,580.00 |
| Totals: | 2,580.00 | 2,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Sheboygan County | Secured | 0.00 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 7. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 8. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 801.17 | 0.00 |
| 10. | Chase Bank | Unsecured | 1,016.21 | 0.00 |
| 11. | Chase Bank USA NA | Unsecured | 248.89 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 2,316.89 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 26.09 | 0.00 |
| 14. | Target National Bank | Unsecured | 1,069.35 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 28.72 | 0.00 |
| 16. | American Express | Unsecured | 1,241.17 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 2,178.64 | 0.00 |
| 18. | World Financial Network Nat'l | Unsecured | 117.93 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 106.77 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 1,766.31 | 0.00 |
| 21. | World Financial Network Nat'l | Unsecured | 25.21 | 0.00 |
| 22. | HSBC | Unsecured | 1,755.66 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 637.59 | 0.00 |
| 24. | B-Real LLC | Unsecured | 245.18 | 0.00 |
| 25. | JC Penney Corporation Inc | Unsecured | 533.55 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McDowell, John S | | Case Number: 07 B 07483 |
| --- | --- | --- | --- |
| | McDowell, Debra M | | Judge: Squires, John H |
| | Printed: 2/26/08 | | Filed: 4/25/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Sams Club | Unsecured | 509.14 | 0.00 |
| 27. | Jc Penney - GEMB | Unsecured | 111.80 | 0.00 |
| 28. | World Financial Network Nat'l | Unsecured | 106.94 | 0.00 |
| 29. | Wal Mart Stores | Unsecured | 513.74 | 0.00 |
| 30. | Heather Valley Condo Owners Assocation | Secured | | No Claim Filed |
| 31. | Town Of Sheboygan | Priority | | No Claim Filed |
| 32. | Buckle | Unsecured | | No Claim Filed |
| 33. | Heather Valley Condo Owners Assocation | Unsecured | | No Claim Filed |
| 34. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 35. | Bill Me Later | Unsecured | | No Claim Filed |
| 36. | Chase Bank | Unsecured | | No Claim Filed |
| 37. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 38. | HSBC | Unsecured | | No Claim Filed |
| 39. | GM Card | Unsecured | | No Claim Filed |
| 40. | King Size | Unsecured | | No Claim Filed |
| 41. | Pay Pal | Unsecured | | No Claim Filed |
| 42. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 43. | Retail Services | Unsecured | | No Claim Filed |

$ 15,356.95                $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate                Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: